SALVATORE PUZZIO, Respondent, v. HEDDEN IRON CONSTRUCTION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within two days after service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES WERSBA and Another, Copartners, etc., Respondents, v. JEREMIAH LAIKIND, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB CHAIKIN, Appellant, v. ARCWAY TERRACE Co., INC., and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. (See Lindheim & Co. v. Central National Realty & Construction Co., 111 App. Div. 275.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARAH JETTELSON, Respondent, v. WILLIAM R. JETTELSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LORETTA McCULLOUGH, Respondent, v. RALPH WEINER, Appellant. — Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ALEXANDER C. SOPER, as Trustee, etc., Respondent, for an Order Directing the Issuance of a Peremptory Mandamus Order, Directed to ELEANOR C. HUGHES, as Secretary and Treasurer, and Others, Appellants, to Permit an Inspection of the Corporate Books, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS WEINGARTEN, Appellant, v. ANNA WEINGARTEN, Respondent.— Order reversed and motion denied. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THE FIFTH AVENUE BANK OF NEW YORK, as Executor, etc., of THOMAS FRANKLYN MANVILLE, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ANDREW I. ALBERT, an Attorney.— Reference ordered to Hon. Vernon M. Davis, Official Referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

CHARLES BORGOS v. GEORGE J. PRICE.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure appellant's points to be filed on or before December 7, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN J. RADEL v. ONE HUNDRED THIRTY-FOUR WEST TWENTY-FIFTH STREET BUILDING CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.